1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Betty Ann St. George, a married woman; Robbin Billingsley, a married woman; Dawn Hixenbaugh, a married woman; Karen Blystra, a single woman; Joni Kirchner, a married woman; Pat Renfro, a single woman; Judy Fireman, a single woman, Monica White, a single woman; Cindy O'Bryant, a married woman; Sue Edwards, a single woman; Catherine Swan, a single woman; Patti Smith, a single woman; Martaine Bullock, a single woman; Sherry Morrison, a married woman; Diane Wickline, a married woman; Linda Lambert, a single woman; Janet Reavis, a married woman; Ashley Barbour, a single woman; Abbey Bromley, a married woman; Angela Rice, a single woman; Jande Roberts, a single woman, <br><br> Plaintiffs, <br><br> vs. <br><br> Home Depot U.S.A., Inc., a foreign corporation; Felix Pareja, an individual; Steve Maychek, an individual; John Johnson, an individual; John Does I-X; Jane Does I-X, <br><br> Defendants. | No. CV-04-1210-PCT-LOA <br><br> **NOTICE OF ASSIGNMENT AND ORDER** |

Pursuant Local Rule 3.8(a), LRCiv, Rules of Practice effective December 1, 2005 all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S. magistrate judge. This matter has been reassigned to the undersigned magistrate judge after Senior United States District Roger G. Strand's Order (dockt #372) was issued transferring this case to the Clerk of the Court for reassignment.

1    As a result of the aforesaid Local Rule and reassignment, if all parties consent
2  in writing, the case will remain with the assigned magistrate judge pursuant to 28 U.S.C.
3  636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses
4  the district judge option, the case will be randomly reassigned to a U.S. district judge.  To
5  either consent  to the assigned magistrate judge or to elect to have the case heard before a
6  district judge, the appropriate section of the  form, entitled Consent To Exercise Of
7  Jurisdiction By United  States Magistrate Judge[1], must be completed, signed and filed. The
8  party filing the case or removing it to this Court is responsible for serving all parties with the
9  consent forms. Each party must file a completed consent form and certificate of service with
10 the Clerk of the Court not later than 20 days after entry of appearance, and must serve a copy
11 by mail or hand delivery upon all parties of record in the case.
12   Any party is free to withhold consent to magistrate judge jurisdiction without
13 adverse  consequences.   28  U.S.C.  636(c)(2);  Rule  73(b),  Fed.R.Civ.P.;  <u>Anderson v.</u>
14 <u>Woodcreek Venture Ltd.</u>, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent is
15 the "touchstone of magistrate [judge] jurisdiction" under 28 U.S.C. §636(c).
16   Judge Strand's Order (docket #372) further sets forth that prolonged discovery
17 in this matter has been concluded and three motions for summary judgment have been filed
18 with briefing concluded as of August 18, 2006 with Defendants having requested oral
19 argument.  Before the case can move forward with setting oral argument on the pending
20 motions for summary judgment, the parties shall make their selections to  either consent to
21 magistrate judge jurisdiction or elect to proceed before a United States district judge.
22   Accordingly,

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on "Forms" on the left side of the page and then click on and print the appropriate form.

1  **IT IS ORDERED** that Plaintiffs Betty Ann St. George, Robbin Billingsley, Dawn Hixenbaugh, Karen Blystra, Joni Kirchner, Pat Renfro, Judy Fireman, Monica White, Cindy O'Bryant, Sue Edwards, Catherine Swan, Patti Smith, Martaine Bullock, Sherry Morrison, Diane Wickline, Linda Lamber, Janet Reavis, Ashley Barbour, Abbey Bromley, Angela Rice and Jande Roberts shall file on or before **September 22, 2006** their written elections to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.

**IT IS FURTHER ORDERED** that Defendants Home Depot U.S.A., Inc., Felix Pareja, Steve Maychek and John Johnson shall file on or before **September 22, 2006** their written elections to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.

**IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall hereinafter comply with the Rules of Practice for the United States District Court for the District of Arizona, as amended on December 1, 2005. The District's Rules of Practice may be found on the District Court's internet web page at www.azd.uscourts.gov/. All other rules may be found as www.uscourts.gov/rules/. The fact that a party is acting pro se does not discharge this party's duties to "abide by the rules of the court in which he litigates." Carter v. Commissioner of Internal Revenue, 784 F.2d 1006, 1008 (9th Cir. 1986).

DATED this 7th day of September, 2006.

Lawrence O. Anderson
United States Magistrate Judge