**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Betty Ann St. George, et al.,, ) | No. CV-04-1210-PCT-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Home Depot U.S.A., Inc., a foreign ) corpporation, et al., ) | |
| Defendant. ) | |

Pursuant to joint motion by the parties, and good cause appearing therefore,

**IT IS ORDERED** that the October 1, 2006 deadline for the Proposed Pretrial Order is vacated and the new deadline for the Proposed Pretrial Order shall be at least 60 days after the Court ruled on all motions for summary judgment.

**IT IS FURTHER ORDERED** that the November 14, 2006 date set for the first day of trial is vacated and the new trial date shall be at least 90 days after the Court rules on all motions for summary judgment.

**IT IS FURTHER ORDERED** that the November 7, 2006 date set for the Final Pretrial Conference is vacated and the new date for the Final Pretrial Conference shall be one

/ / /

/ / /

1 | to two weeks prior to the new date set for the trial in this matter.

2 |     DATED this 19th day of September, 2006.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge