**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Betty Ann St. George, et al., | ) | No. CV-04-1210-PCT-LOA |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Home Depot U.S.A., Inc., a foreign corporation, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

      This is the time set for informal Rule 16 scheduling conference since all parties have voluntarily consented to magistrate judge jurisdiction (docket # 374 and # 379) subsequent to the August 30, 2006 reassignment of this case to the undersigned magistrate judge. Plaintiffs are represented by counsel, Robert M. Gregory. Defendants are represented by co-counsel, Rebecca Winterscheidt and Barbara L. McCloud. Court reporter is not present.

      Initially, the Court voluntarily discloses the past and present legal representation by a member of the Defendant's law firm, Snell & Wilmer, L.L.P., for the purposes of creating the undersigned's will and estate planning. Neither side asks the Court to recuse from this case and have the matter reassigned to a different judge. The Court also advises counsel that since this lawsuit was filed on June 14, 2004, the Court will exercise its best efforts to resolve by ruling all pending dispositive motions by March 30, 2007 and that

1 this case will thereafter be on a fast track to judgment on or before September 30, 2007.
2 Therefore, counsel and the parties shall plan accordingly.

3 The Court and counsel discuss the pending dispositive motions and the various
4 ways to fairly manage these motions involving 21 different Plaintiffs, each of which may
5 have totally dissimilar claims, strengths and weaknesses. Counsel agree that the Court should
6 initially consider the issues raised in Defendants' summary judgment motions addressing
7 Plaintiffs' claims of negligent hiring, negligent supervision and negligent retention, (docket
8 # 334 and # 336), before tackling the more complicated claims of sex discrimination,
9 retaliation and intentional infliction of emotional distress. (docket # 353) The Court agrees
10 to set oral argument in advance of its preparation for these motions on the date set forth
11 below to which all counsel acknowledge their availability. Chambers' staff believes it has all
12 courtesy copies previously provided to Judge Strand's chambers except those specifically
13 identified below. Counsel will be directed to provide courtesy copies, appropriately indexed,
14 to the undersigned's chambers by a date certain.

15 Pursuant to stipulation and good cause appearing,

16 **IT IS ORDERED** setting oral argument on Defendants' Motions for Summary
17 Judgment related to Plaintiffs' claims of negligent hiring, negligent supervision and negligent
18 retention, (docket # 334 and # 336), only at **3:00 p.m. on Tuesday, November 28, 2006** in
19 Courtroom 302. Any objections to or motions to strike any pleading related to these
20 dispositive motions may also be addressed at this hearing. Oral argument shall be limited to
21 30 minutes for each side including rebuttal argument.

22 **IT IS FURTHER ORDERED** that respective counsel shall provide courtesy
23 copies, appropriately indexed, of his or their pleadings identified as docket # 348, # 362,
24 # 363 and # 371 to the undersigned's chambers by **4:00 p.m. on Thursday, November 8,**
25 **2006**. Plaintiffs' counsel shall also provide to the undersigned's chambers that which is
26 / / /
27 / / /
28 / / /

1  addressed in counsel's May 26, 2006 letter to Judge Strand by the aforesaid deadline.

2  **IT IS FURTHER ORDERED** that all future pleadings filed herein shall

3  contain case number: No. CV-04-1210-PCT-LOA until further order of the Court.

4  Dated this 3rd day of October, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge