**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Betty Ann St. George, *et al.*, | No. CV-04-1210-PCT-LOA |
| Plaintiffs, | **ORDER** |
| vs. | |
| Home Depot U.S.A., Inc., a foreign corporation; *et al.*, | |
| Defendants. | |

After considering how best to address and manage the multiple issues raised in Defendants' ninety-eight[1] (98) page Motion for Summary Judgment on Plaintiffs' Sex Discrimination Claim[2] (Count I), Retaliation Claim (Count II) and Intentional Infliction of Emotional Distress Claim (docket # 353), filed on June 30, 2006, regarding twenty-one (21) individual Plaintiffs against four separate Defendants, the Court has decided to bifurcate the issues into separate oral arguments and issue separate orders over a period of time.

---

[1] On May 3, 2006, Defendants obtained express leave from the formerly-assigned Senior District Judge to file one motion for summary judgment not to exceed 100 pages. (docket # 342)

[2] The Court's perception is that, but it is not making a finding at this time, these are 21 separate claims rather than a single claim of sex discrimination, retaliation and intentional infliction of emotional distress as one might believe from reading the title of the subject motion.

1       Accordingly, the Court will next consider whether a genuine dispute of material fact exists as to Plaintiffs' tort claims of Intentional Infliction of Emotional Distress.

      **IT IS ORDERED** setting oral argument on **Tuesday, November 28, 2006 at 4:00 p.m.**  If the Court later determines that oral argument would not aid the Court's decisional process, it will timely notify counsel.

      Dated this 2nd day of November, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge