**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Betty Ann St. George, *et al.*, ) | No. CV-04-1210-PCT-LOA |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| Home Depot U.S.A., Inc., a foreign corporation; *et al.*, ) | |
| Defendants. ) | |

This Court is in receipt of Defendant Home Depot U. S. A., Inc.'s Notice of Settlement (docket #410) indicating the parties have reached an agreement as to the materal terms of settlement regarding all remaining claims in this case.

**IT IS ORDERED** the parties shall finalize their settlement papers and submit a Stipulation to Dismiss this case and Order on or before **April 13, 2007.** If the parties are unable to comply with this order in submitting a Stipulation to Dismiss, then the parties shall submit a Joint Status Report before **April 13, 2007**, on why additional time is necessary to finalize this matter. Absent good cause shown, the failure to timely file such a Stipulation or Joint Status Report, this matter may be dismissed withhout prejudice.

DATED this 14th day of March, 2007.

Lawrence O. Anderson
United States Magistrate Judge