**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Betty Ann St. George, *et al.*,    ) | No. CV-04-1210-PCT-LOA |
|                           ) | |
|     Plaintiffs,           ) | **ORDER** |
|                           ) | |
| vs.                       ) | |
|                           ) | |
| Home Depot U.S.A., Inc., a foreign ) | |
| corporation; *et al.*,    ) | |
|                           ) | |
|     Defendants.           ) | |
|                           ) | |

On March 12, 2007, Defendants filed a Notice of Settlement (docket # 410) and thereafter reached a Stipulation (docket # 416) with Plaintiffs to dismiss this matter with prejudice.

Pursuant to stipulation and good cause appearing therefor,

**IT IS ORDERED** that the above-captioned matter is hereby **DISMISSED** with prejudice, each party to bear their or its own costs and attorneys' fees incurred herein.

Dated this 22nd day of May, 2007.

Lawrence O. Anderson
United States Magistrate Judge